UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| James Eric Genus, a/k/a James Eric Loften, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. C-06-180 |
| | § | |
| United States of America, et al., | § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On June 23, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 10).  After ample opportunity, no objections have been filed by either party.  This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law.  Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation.  *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).  This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's claims are dismissed as frivolous under the Prison Litigation Reform Act.  42 U.S.C. 1997e(c).  Prisoner is ordered to pay the sanctions outstanding against him prior to filing any new lawsuits with the Court.  Prisoner is ordered to obtain permission from a District Judge prior to filing any future lawsuits.

ORDERED this     10     day of     August    , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE